IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DELPHIA ALINE GREENE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:15-CV-1956-TWT |

**ORDER**

This is an action seeking review of a decision of the Commissioner denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 12] of the Magistrate Judge recommending granting the Plaintiff's Motion for Summary Judgment [Doc. 9]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion for Summary Judgment [Doc. 9] is GRANTED. The decision of the Commissioner is REVERSED and the case is REMANDED to the commissioner for further proceedings as directed in the Report and Recommendation.

SO ORDERED, this 25 day of July, 2016.

                                      /s/Thomas W. Thrash  
                                      THOMAS W. THRASH, JR.  
                                      United States District Judge